IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GEORGE LYLES                                                                                            PLAINTIFF

vs.                                        Civil No. 2:12-cv-02301

CAROLYN COLVIN                                                                                       DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Currently before the Court is the Report and Recommendation (ECF No. 14) dated October 31, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED this 20th Day of November 2013.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE